JOSEPH W. PETERSON, Appellant from Decree of Judge of Probate.

Cumberland County. Decided November 17, 1917. This was an appeal from the decree of the Judge of Probate of Cumberland County allowing the last will and testament of Deborah S. Peterson. The Supreme Court of Probate at the close of the appellant's evidence dismissed the appeal, and the appellant thereupon filed exceptions to this ruling.

The exceptions were adjudged by the presiding Justice to be frivolous and intended for delay and were certified as such to the Chief Justice under R. S., Chap. 82, Sec. 55. More than thirty days having expired since the transmission of said exceptions to this court, and neither case nor arguments having been received, *Held;* that the exceptions be overruled for want of prosecution and the decree of the Supreme Court of Probate affirmed. *John T. Fagan, Harry E. Nixon, and Jacob H. Berman,* for appellant.

---

IDELLA LAWFORD *vs.* BANGOR RAILWAY & ELECTRIC COMPANY.

Penobscot County. Decided November 17, 1917. An action for personal injuries for defendant's negligence in starting street car while plaintiff was alighting therefrom. Jury returned a verdict for plaintiff for $350.00. Case comes to Law Court on general motion, and on exceptions to refusal of presiding Justice to give certain instructions.

The only evidence in support of plaintiff is furnished by her own testimony; which is rebutted by evidence so strong and convincing that we are forced to conclude that sympathy overbalanced the better judgment of the jury. The motion is therefore sustained. It would be without profit to discuss the exceptions. Motion sustained. Verdict set aside. *Terence B. Towle,* for plaintiff. *Ryder & Simpson,* for defendant.